**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557

Attorneys for Plaintiff CATHY A. MONAGHAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY A. MONAGHAN, | Case No. 2:10-CV-00434-FCD-GGH |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| EL DORADO COUNTY WATER AGENCY; WILLIAM T. HETLAND; and DOES 1 through 50, inclusive, | |
| Defendants. | |

## STIPULATION

Pursuant to Local Rule 140(a) (redaction for privacy) and 143 (stipulations), Plaintiff CATHY A. MONAGHAN, by and through her attorneys of the Law Offices of Johnny L. Griffin, III, Defendant EL DORADO COUNTY WATER AGENCY, by and through its attorney, Franklin G. Gumpert, and Defendant WILLIAM T. HETLAND., by and through his attorney Kelly L. Borelli, hereby submit this stipulated request for an order redacting Plaintiff CATHY A. MONAGHAN'S social security number so that only the last 4 digits of it appear.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1

Specifically, the redaction must be as to Document 21-2 (CATHY A. MONAGHAN'S declaration filed on CM/ECF), Exhibit 3, page 2 (entitled "Notice to Employee Re: Change in Relationship"). The page currently includes Plaintiff's unredacted social security number.

The parties stipulate and agree that redaction of the social security number is proper and that only the last 4 digits of the social security number should appear on the page. The parties indicate their express stipulation and agreement by their signatures below.

Respectfully submitted,

Dated: September 7, 2011              /s/ Manolo Olaso
                                       Manolo Olaso
                                       Law Offices of Johnny L. Griffin, III
                                       Attorneys for Cathy A. Monaghan

Dated:                                 /s/ Franklin G. Gumpert
                                       Franklin G. Gumpert
                                       Barkett & Gumpert
                                       Attorneys for Defendant El Dorado County Water Agency
                                       (e-signature expressly authorized on 09/07/2011)

Dated:                                 /s/ Kelly L. Borelli
                                       Kelly L. Borelli
                                       Employment Law Counsel, LLP
                                       Attorneys for Defendant William T. Hetland
                                       (e-signature expressly authorized on 09/07/2011)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 7, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

2