UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CATHY A. MONAGHAN,                   No. 2:10-cv-00434-MCE-GGH

      Plaintiff,

  v.                                 ORDER CONTINUING TRIAL

EL DORADO COUNTY WATER
AGENCY, ET AL.,

      Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the May 28, 2013 jury trial is vacated and advanced to **May 13, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **March 7, 2013**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the April 4, 2013 Final Pretrial Conference is vacated and advanced to **March 21, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **February 28, 2013** and shall comply with the procedures outlined in the Court's October 17, 2011 Pretrial Scheduling Order.

///

///

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **February 28, 2013**. Oppositions must be filed by **March 7, 2013** and any reply must be filed by **March 14, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE