**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557

Attorneys for Plaintiff CATHY A. MONAGHAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY A. MONAGHAN, | Case No. 2:10-CV-00434-MCE-CKD |
| Plaintiff, | **STIPULATION and ORDER FOR DISMISSAL** |
| vs. | **[Local Rule 160(b); FRCP 41(a)(1)(A)(ii)]** |
| EL DORADO COUNTY WATER AGENCY; WILLIAM T. HETLAND; and DOES 1 through 50, inclusive, | Before the Honorable Morrison C. England, Jr.; Chief Judge |
| Defendants. | |

    Pursuant to the Court's April 9, 2013 Minute Order, Local Rule 160(b) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties, by and through their attorneys whose signatures appear below, hereby stipulate to the dismissal of the above-captioned matter immediately, with prejudice.

///

///

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1

Respectfully submitted,

Dated: April 27, 2013

/s/ JOHNNY L. GRIFFIN, III
Johnny L. Griffin, III
Law Offices of Johnny L. Griffin III
Attorneys for Plaintiff CATHY A. MONAGHAN

Dated: April 27, 2013

/s/ FRANKLIN G. GUMPERT
Franklin G. Gumpert
Barkett & Gumpert
Counsel for EL DORADO COUNTY WATER AGENCY and COUNTY OF EL DORADO
(express authorization for e-signature obtained on April 26, 2013)

Dated: April 27, 2013

/s/ KELLY L. BORELLI
Kelly L. Borelli
Employment Law Counsel, LLP
Counsel for WILLIAM T. HETLAND
(express authorization for e-signature obtained on April 26, 2013)

**IT IS SO ORDERED.**

DATE: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

2